# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION



FILED

MAY 0 4 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 17-20-M-DLC** |
| **Plaintiff,** | **ORDER GRANTING** |
| | **MOTION TO UNSEAL** |
| **vs.** | **INDICMENT** |
| **WES BRADY JOHNSON,** | |
| **Defendant.** | |

Upon motion of the United States, it is hereby ordered that the indictment and record in this matter is UNSEALED.

DATED this 4th day of May, 2018.

HON. JEREMIAH C. LYNCH
U.S. Magistrate Judge

1