FILED
JAN 2 9 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WES BRADY JOHNSON,<br><br>Defendant. | CR 17–20–M–DLC<br><br>ORDER |

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 38.) The Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a);

2. A Preliminary Order of Forfeiture was entered on November 14, 2018;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1); and

4. It further appears there is cause to issue a forfeiture order under 18 U.S.C. § 18 U.S.C. 2253(a).

IT IS THEREFORE ORDERED:

1

The motion for Final Order of Forfeiture is GRANTED. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 18 U.S.C. 2253(a) free from the claims of any other party:

- Verizon Straight Talk Cellphone, s/n 990005452086078.

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 29th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court